IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ENTERED**

SEP 07 2004

| | |
|---|---|
| **SHERMAN NICKERSON,** | ) |
| Petitioner, | ) |
| vs. | ) Civil Action Number |
| **CHERYL PRICE, Warden;** | ) 03-C-3035-S |
| **ATTORNEY GENERAL FOR THE** | ) |
| **STATE OF ALABAMA,** | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

The Court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.

The Court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the Court.

Consistent with that recommendation, the Court will dismiss this action with prejudice, due to untimeliness.

12

An appropriate order will be entered.

DONE this \_\_\_**3d**\_\_\_ day of September, 2004.

_____
Chief United States District Judge
U. W. Clemon