IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHERMAN J. NICKERSON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **03-C-3035-S** |
| **CHERYL PRICE, Warden; and** ) | |
| **ATTORNEY GENERAL for the STATE** ) | |
| **OF ALABAMA,** ) | |
| ) | |
| Defendants. ) | |

**AMENDED MEMORANDUM OF OPINION**

The September 7, 2004, Memorandum Opinion and Order of Dismissal are hereby AMENDED.

Petitioner's objection to the magistrate judge's Report and Recommendation was filed on November 12, 2004, but is deemed filed on November 8, 2004, the date the objection was signed and presumably delivered to prison officials for mailing.

The Court has considered the entire file in this action, together with the magistrate judge's Report and Recommendation, and Petitioner's Objection to the Magistrate Judge's Report and Recommendation. The Court hereby concludes the objection is due to be OVERRULED. Further, the Court finds that the magistrate judge's Report and Recommendation is due to be ADOPTED and APPROVED.

Consistent with that recommendation, the Court will DISMISS this action with prejudice, due to untimeliness.

Done this 29th day of November, 2004

U.W. Clemon
Chief United States District Judge